[No. 4036-1.    Division One.    June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MARTIN O'CONNOR, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 68824, David W. Soukup, J., entered July 16, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Callow and Andersen, JJ.